

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALBERT R. CUNNINGHAM             CIVIL ACTION NO. 06-602-RET-SCR

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, AND
ED LAWS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY

*********************************************
### SUPPLEMENTAL AND AMENDING PETITION

The Supplemental and Amending Petition of Albert Cunningham, a resident of the full age of majority, respectfully represents:

I.

Petitioner supplements and amends her Petition to add, as paragraph 11a, the following:

"11a.

Petitioner received the attached Right to Sue Notice dated September 18, 2006. All conditions precedent to the filing of this lawsuit under Title VII have been met and compiled with."

II.

Petitioner reiterates and realleges all allegations contained in his original Petition, and as supplemented and amended and/or modified by the Court as if quoted herein entirely, including his request for trial by jury.

WHEREFORE, Petitioner, Albert Cunningham, prays for trial by jury and after due proceedings are had that there be judgment herein in his favor and against defendants, Board of

Supervisors of Louisiana State University Agricultural and Mechanical College and Ed Laws, individually and in his official capacity, jointly and in solido as allowed by law, for all sums as are reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

Respectfully submitted,

By:_____
Jill L. Craft, #20922
Attorney at Law, LLC
8702 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
(225) 928-5353

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the above and foregoing upon Trial Counsel of record for all parties hereto via First Class United States mail, properly addressed with sufficient postage affixed thereto on this ___ day of October, 2006.

Baton Rouge, Louisiana, this ___ day of October, 2006.

_____

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Albert Cunningham<br>21935 Talbot Drive<br>Plaquemine, LA 70764 | From: | New Orleans Field Office - 461<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 27A-2006-00023 | John L. Berendsen,<br>Supervisory Investigator | (504) 595-2866 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Keith T. Hill,
Director

SEP 18 2006
*(Date Mailed)*

Enclosure(s)

cc: LOUISIANA STATE UNIVERSITY
304 Thomas Boyd Hall
Baton Rouge, LA 70803