UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT CUNNINGHAM

VERSUS

BOARD OF SUPERVISORS
OF LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

CIVIL ACTION

NO. 06-602-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 15, 2008. Plaintiff has filed an objection and defendant has filed a reply which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for partial summary judgment filed by defendants the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College and Ed Laws, is granted, dismissing the plaintiff's claims under 42 U.S.C. § 1983 for First Amendment retaliation and Fourteenth Amendment deprivation of property and liberty interests in his employment and reputation.

Baton Rouge, Louisiana, September  17 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA